# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICHAEL WHITE, )
               Plaintiff (s) )    CASE NO. C-07-3815 MEJ
    v. )
                )    **NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT COURT JUDGE**
JUDGE CONRAD COX, et al., )
               Defendant (s) )

The Clerk of this Court will now randomly reassign this case to a United States District Judge because either:

  __X__  (1) One or more of the parties has requested reassignment to a United States District Judge, or

  _____  (2) One or more of the parties has sought a kind of judicial action (e.g., a temporary restraining order) that a Magistrate Judge may not take without the consent of all parties, the necessary consents have not been secured, and time is of the essence.

  _____  (3) One or more of the parties is without counsel and have not made the necessary consent to proceed before a Magistrate Judge within 30 days.

All previous hearing dates are hereby **VACATED.**

Dated: October 19, 2007

_____
Maria-Elena James
United States Magistrate Judge

_____
By: Brenda Tolbert, Deputy Clerk