**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**
_____

www.cand.uscourts.gov

Richard W. Wieking                                                     General Court Number
Clerk                                                                         415.522.2000

**October 19, 2007**

**CASE NUMBER:  CV 07-03815 MEJ**
**CASE TITLE:  MICHAEL S. WHITE-v-CONRAD L. COX**

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Francisco**  division.

**Honorable MAXINE M. CHESNEY**  for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **MMC**  immediately

after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND
SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE
HAS BEEN REASSIGNED.

Date: 10/19/07

FOR THE EXECUTIVE COMMITTEE:

_____
                                                                        Clerk

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies                      Special Projects
Log Book Noted                                            Entered in Computer 10/19/07AS

CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                                    Transferor CSA