UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL S. WHITE

    Plaintiff,

    v.

CONRAD L. COX, et al.,

    Defendants.
_____/

No. C 07-3815 PJH

**ORDER TO SHOW CAUSE**

TO PLAINTIFF MICHAEL S. WHITE:

YOU ARE HEREBY ORDERED TO SHOW CAUSE IN WRITING no later than December 10, 2007, why the above-entitled action should not be dismissed for failure to serve the summons and complaint on defendants in accordance with Federal Rule of Civil Procedure 4.  See Fed. R. Civ. P. 4(a)-(c), (e), (l), (m).

**IT IS SO ORDERED.**

Dated: November 26, 2007

_____
PHYLLIS J. HAMILTON
United States District Judge