UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL S. WHITE,

    Plaintiff,

      v.

CONRAD L. COX, et al.,

    Defendants.

_____/

No. C 07-3815 PJH

**ORDER**

    Plaintiff Michael S. White filed this action on July 25, 2007. He did not request that a summons be issued by the clerk; did not arrange for service of the summons and complaint as required by Federal Rule of Civil Procedure 4(c), (e), (m); and did not file a proof of service as required by Federal Rule of Civil Procedure 4(l).

    The case was originally assigned to U.S. District Judge Maxine M. Chesney. On November 19, 2007, Judge Chesney sua sponte issued an order of referral, pursuant to Civil Local Rule 3-12(c), requesting the undersigned judge to consider whether the case was related to White v. Wharff, Case No. C-06-4137 PJH. Upon a determination that the cases were related, the above-entitled action was reassigned to the undersigned.

    On November 26, 2007, plaintiff was ordered to show cause in writing why the present action should not be dismissed for failure to serve the summons and complaint within the time set by Federal Rule of Civil Procedure 4. On December 5, 2007, plaintiff filed a written response, stating that it was "never [his] intention" to violate the Federal Rules, and that the failure to serve defendants in accordance with Rule 4 was an "oversight."

However, to date plaintiff has apparently made no effort to have a summons issued, or to serve defendants in accordance with Rule 4.  More than 145 days have elapsed since the complaint was filed – or 25 days past the 120 days allowed for service under Rule 4(m).  Accordingly, the court will grant plaintiff an additional two weeks.  If plaintiff fails to file a proof of service of the summons and complaint by Wednesday, January 2, 2007, the action will be dismissed for failure to prosecute.

**IT IS SO ORDERED.**

Dated:  December 19, 2007

_____
PHYLLIS J. HAMILTON
United States District Judge

2