UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL S. WHITE,

    Plaintiff,

    v.

CONRAD L. COX, et al.,

    Defendants.
_____/

No. C 07-3815 PJH

**ORDER AMENDING ORDER OF DECEMBER 19, 2007**

    The present action was filed on July 25, 2007. To date, plaintiff has not filed a certificate of service of the summons and complaint on defendants, as required under Federal Rule of Civil Procedure 4(c), (e), (l), (m).

    On December 19, 2007, the court issued an order granting plaintiff an additional two weeks to serve defendants with the summons and complaint, and advising plaintiff that if he did not file proof of service of the summons and complaint by January 2, 2007, the action would be dismissed for failure to prosecute. It was the court's intention, however, to set a deadline of January 2, 2008, not January 2, 2007.

    In addition, due to a further clerical error, plaintiff's copy of the December 19, 2007, order was misdirected. Accordingly, to allow plaintiff time to respond to the order, the court hereby amends the last sentence of the order to read, "If plaintiff fails to file a proof of service of the summons and complaint by Monday, January 21, 2008, the action will be

dismissed for failure to prosecute."

The clerk will enclose another copy of the December 19, 2007, order when the present order is mailed to plaintiff.

**IT IS SO ORDERED.**

Dated: January 3, 2008

PHYLLIS J. HAMILTON
United States District Judge