EDMUND G. BROWN JR.
Attorney General of the State of California
TOM BLAKE
Deputy Attorney General
State Bar No. 51885
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102-3664
  Telephone: (415) 703-5506
  Fax: (415) 703-5480
  Email: tom.blake@doj.ca.gov

Attorneys for Defendants the Honorable Conrad J. Cox and the Honorable Cindee Mayfield, Judges of the Superior Court of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL S. WHITE, pro se,<br><br>                          Plaintiff,<br><br>v.<br><br>JUDGE CONRAD L. COX, an individual,<br>JUDGE CINDEE MAYFIELD, an individual,<br>Presiding Judge of the Superior Court of<br>California, County of Mendocino,<br><br>                          Defendants. | C07-3815 PJH<br><br>**NOTICE OF POSSIBLE RELATED CASES**<br>[Local Rule 3-12]<br><br>Date:  March 19, 2008<br>Time:  9:00 a.m.<br>Ctrm:  3 - 17th Floor |

     PLEASE TAKE NOTICE that two other cases in this Court appear to be related within the meaning of Civil Local Rule 3-12. Moving defendants respectfully submit that it appears that the instant case may be related to one or both of:

     *White v. Wharff et al*, cv-06884-PJH, and

     *White v. United States*, No. 07-cv-03708-JSW.

However, it also appears that, on October 17, 2007, this Court determined that those two cases were not related to each other within the meaning of the rule. *White v. Wharff et al*, cv-06884-PJH, Docket Item #9.

1 | Dated: February 1, 2008

Respectfully submitted,

/s/ Tom Blake

TOM BLAKE
Deputy Attorney General

Attorneys for Defendants the Honorable Conrad J. Cox and the Honorable Cindee Mayfield, Judges of the Superior Court of California

# DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **WHITE, Michael S. v. Judge Conrad L. Cox, et al.**

No.:   **C 07-38151-MEJ**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On <u>February 4, 2008</u>, I served the attached NOTICE OF POSSIBLE RELATED CASES [Local Rule 3-12] by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

Michael S. White, Pro Se
P.o. Box 304
Hopland, CA 95449

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on February 4, 2008, at San Francisco, California.

|  |  |
|---|---|
| Lorraine Smith | /s/ Lorraine Smith |
| Declarant | Signature |

40214140.wpd