EDMUND G. BROWN JR.
Attorney General of the State of California
TOM BLAKE
Deputy Attorney General
State Bar No. 51885
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102-3664
  Telephone: (415) 703-5506
  Fax: (415) 703-5480
  Email: tom.blake@doj.ca.gov

Attorneys for Defendants the Honorable Conrad J. Cox and the Honorable Cindee Mayfield, Judges of the Superior Court of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **MICHAEL S. WHITE, pro se,**<br>                              Plaintiff,<br><br>     v.<br><br>**JUDGE CONRAD L. COX, an individual,**<br>**JUDGE CINDEE MAYFIELD, an individual,**<br>**Presiding Judge of the Superior Court of**<br>**California, County of Mendocino,**<br><br>                              Defendants. | C07-3815 PJH<br><br>[Proposed] ORDER DISMISSING CASE |

    The Court having read and considered the moving papers and having read and considered the complaint and such other papers as were filed by plaintiff,

    FOR GOOD CAUSE SHOWN as set out in the moving papers, the Court hereby orders:

    1. That the Complaint and each claim for relief alleged therein be dismissed, and

    2. That judgment be entered against Plaintiff Michel S. White and in favor of defendants.

IT IS SO ORDERED.

February _____, 2008

                                                          _____
                                                          PHYLLIS J. HAMILTON
                                                          United States District Judge

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   WHITE, Michael S. v. Judge Conrad L. Cox, et al.

No.:   C 07-38151-MEJ

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On <u>February 4, 2008</u>, I served the attached [PROPOSED] ORDER DISMISSING CASE by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

Michael S. White, Pro Se
P.O. Box 304
Hopland, CA 95449

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on February 4, 2008, at San Francisco, California.

| Lorraine Smith | /s/ Lorraine Smith |
|---|---|
| Declarant | Signature |

40214138.wpd