UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL S. WHITE,

    Plaintiff,

    v.

CONRAD L. COX, et al.,

    Defendants.
_____/

No. C 07-3815 PJH

**JUDGMENT**

This matter having been duly decided, and the court having dismissed the action for lack of subject matter jurisdiction,

It is Ordered and Adjudged

that plaintiff Michael S. White take nothing, and that the action be dismissed on the merits.

Dated: March 10, 2008

_____
PHYLLIS J. HAMILTON
United States District Judge