ORIGINAL
FILED

03 MAR -7 AM 10: 54

# The United States District Court
## Northern District of California

Michael S. White, Pro Se ) Jury trial requested & demanded
P. O. Box 304 )
Hopland, CA 95449 )
(707) 744-1641 - Home )
(707) 489-6596 - Bus. ) Civil Case - No. C-07-3815
    Plaintiff, )
    Vs. )
Judge Conrad L. Cox, an individual )
Judge Cindee Mayfield, an individual )
    Presiding Judge of the )
Superior Court of California )
County of Mendocino )
100 North State Street )
Ukiah, CA 95482-4416 )
    Defendants )

---

### RESPONSE TO MOTION TO DISMISS
#### Notice to Court on Recusal of Judge Phyllis J. Hamilton
*28 USC § 455* - Demanded Earlier and Presently
#### Plaintiff's Motion to Dismiss
Failure to Establish a Claim upon which relief can be granted - Rule 12(b)(6)

Addressing Counsel's Notice of Possible Related Cases - Local Rule 3-12 - this matter
has been decided and settled - *See Exhibit #7*. Counsel can confer with the Court for
further details that the cases are not related along other controversies detailed within this
response. The defendants of this matter are not government employees, the subject
matter is totally different than the matter of the other case - they are employees of the
government with different types of violations indicated therein.

---

**RESPONSE TO MOTION TO DISMISS**
**C-07-3815**

1   The Court will now take notice of the several instances of judicial misbehavior,
2   government interference, conflict of interest of the presently assigned judge if the judge
3   is still the Honorable Phyllis J. Hamilton, all of the allowed delays without the proper
4   response, refusal of mail by the named defendants and the identification of the actual
    defendants named - in this matter along with the assistance of a DOJ Attorney Cynthia
5   Stier attempting to combine this matter with that of other defendants in a <u>totally</u>
6   <u>unrelated case</u>. The lack of a timely response to the original claim being clouded and
7   covered with the acts of an attorney for the DOJ, the activity of the allegedly still
8   assigned judge Phyllis J. Hamilton with all of the discussions with her superior Judge
9   Walker has caused this entire matter to be one that confronts the acts of the proper
10  treatment of a citizen seeking due process of law.

11  PLEASE TAKE NOTICE - Jurisdiction of this Court is not about whether it would have
12  jurisdiction over the <u>State of California and the courts and judicial branch officials</u> - it is
13  about the Court having jurisdiction <u>over the individuals named as defendants</u> for the
14  federal charges leveled against them being those charges indicated. This Court did have
15  subject matter jurisdiction over the Statutes of California but did not exercise them in
16  any way in the Plaintiff's prior case with the assistance of the Superior Court of
    Mendocino and this remains a terrible fact whereas the county recorder never had a
17  litigated lien pursuant to *28 USC 3201* along with the failure to retain control over the
18  <u>California Statutes to perfect a lien</u> that this Court did not have any type of jurisdiction
19  over at that time and to the present - so the complaint of Counsel now represents a
20  serious **contradiction** in his effort to defend a judge that did not have subject matter and
21  personal jurisdiction and operating without a current oath of office thereby causing a
22  denial of the Plaintiff's Rights as illustrated. NONE OF THE CLAIMS OF THE
23  PLAINTIFF INVOLVE THIS COURT HAVING JURISDICTION OVER THE State of
    California, its judicial courts but a person that was appointed a judge that violated the
24  Rights of the Plaintiff causing serious financial problems by not having a current oath of
25

26  RESPONSE TO MOTION TO DISMISS
    C-07-3815
27                                      -2-
28

office. The body to have properly judged the operations of the Defendants purposely kept silent and purposely failed to adhere to its own regulations, rules and provisions thus there was no other relief for the Plaintiff but to seek remedy in this district court whereas the Plaintiff has not sought any relief under the California Code, Statutes involving the remedy according to CA rules of the court but that the Defendants answer the federal statutes that anyone causing those Rights to be violated should be subjected to as indicated in the Plaintiff's complaint. This Court should also review the entire complaint and it will be clearly shown that Counsel for the defendants has already attempted to change the point and to cloud the actual subject matter of the Plaintiff's complaint - legal indifference.

## NOW THE ENTIRE HSTORY OF THIS CASE

1. It started with the filing of a Motion to Vacate - once it was discovered that Judge Cox did not have a current oath of office - here the Presiding Judge failed to review the case. The Presiding Judge should have reviewed this matter to see if there were valid claims of having an assigned judge operating without a current oath of office. The first attempt [around 12/12/2006] was purposely misidentified as a *'letter'* being returned by someone in the Superior Court Clerk's office - unsigned - *See Exhibit #1*; It was never a letter but an actual Motion to Vacate a Void Judgment finally filed January 22, 2007 - *See Exhibit #2* - clearly showing the violations of the DOJ Attorney not filing an appeal as required and clear facts showing that Judge Cox did not have a current oath of office. This filed motion was never addressed by Presiding Judge Mayfield, or any other judge in the Superior Court of Mendocino - obstruction of justice, failure to perform judicial duties and violations of Cannons etc.

2. This Motion was not acted upon as required and Judge Cox made a decision for himself that it was not relevant or proper.

3. The entire deficiency of his judicial misconduct and failure to recuse himself was reported to the governing body for the Superior Court - ignored with the statement

**RESPONSE TO MOTION TO DISMISS**
**C-07-3815**

-3-

1    they saw nothing wrong with a judge that did not have a current oath of office. They

2    also did not comment that he did not have a current oath of office - *silence. - See*

3    *Exhibit #3 reproduced.* Upon the reading of the Judicial Performance Commission

4    they determined that there was an <u>insufficient basis to correct a judge operating</u>

5    <u>without a current oath of office -</u> this contradicted several cases researched on the

6    Commission whereas Judge Cox also failed to properly administer his Cannons.

7    They also concluded that a judge without subject matter jurisdiction could rule and

8    any decision made should not be disturbed. - ***<u>See Exhibit #4-1 to 4-3</u>*** and see ***Prieto***

     ***Bail Bonds v. State of Texas, 994 S.W. 2d 316, 1999 (Tex)*** - a deplorable cover up.

4. Once the case was filed in the federal district court - here comes a DOJ attorney

     attempting to combine this case with the case against the county recorder that had

     been illegally reversed and dismissed. Pursuant to ***26 USC 7401*** this DOJ attorney

     <u>was not required to prove she had authority</u> to participate in any matter and in

     addition this same attorney was allowed to participate in filing another case once the

     original claim against the county recorder was ruled in favor of the Plaintiff. All of

     these outrageous acts were facilitated and supported by the same Judge Phyllis

     Hamilton that contradicted herself with absolutely no basis in law from her earlier

     decision that clearly indicated that the government did not have personal and subject

     matter jurisdiction over the CA rules, statutes and operations of the county recorder

     that was not employed by the United States government!

5. <u>There was never any proof that a litigated lien was ever created</u> as required per ***28***

     ***USC 3201*** along with all of the failures of ***26 USC 6323(f)***, failure to prove any

     assessment of tax - ***26 USC 6203***, failure to meet the required conditions of the

     Uniform Lien Registration Act and failure to meet at least the minimum

     requirements of the Uniform Commercial Code. (3) <u>The three required criteria are:</u>

     (A) <u>There must be a valid UCC-l Form filed</u>, upon which is shown the alleged

     debtor's signature and the creditor's signature. Without these two signatures on this

     instrument, there is an invalid Notice of Lien filed. (B) <u>There must be a financing</u>

1
2
3  statement/security agreement signed by the alleged debtor and the secured party, the
4  IRS agent, as specified in Section 9--402 of the UCC. This financing statement is
   also mentioned in Section 9--403 of the UCC. Without this any Notice of Lien filed,
5  is invalid and a bogus document. (C) **There must be a valid court order,** based on
6  a court judgment wherein the alleged debtor has had due process opportunity to
7  contest the alleged debt. Without this instrument and due process, there is no lawful
8  authority and the Notice of Lien is invalid. **This is a failure to perfect a legal lien**
9  **as required 28 USC 3201** (4) Lack of any one of the above is sufficient cause for
10 the recording officer to immediately reject any attempt to file a Notice of Lien by
11 any IRS agent. There is no actual Lien placed upon any debtor until a court hearing
   and due process is afforded, otherwise it is an attempt of taking of property in
12 violation of the 5th amendment as stated in 26 CFR Part 600 at Section
13 601.106(f)(1) I. Finally, but not in total, pursuant to *26 USC § 7608* a revenue
14 officer does not have authority to issue a notice of federal tax lien - only a special
15 agent of the ATF and this applies to summons also. The Plaintiff never fit the
16 identification of earning a taxable income or any income under the liquor, alcohol or
17 firearm provisions.

18 **_28 USC § 3201 (a) Creation_** — A judgment in a **civil action shall create a**
   **lien** on all real property of a judgment debtor on filing a certified copy of the
19 abstract of the judgment in the manner in which a notice of tax lien would be
20 filed under paragraphs (1) and (2) of section 6323(f) of the Internal Revenue
   Code of 1986. A lien created under this paragraph is for the amount necessary
21 to satisfy the judgment, including costs and interest.
22 6. The above clearly shows that the illegal transfer to the federal district court was an
23    illegal act to support a system that could not prove that the government was being
24    prosecuted 28 USC 1441, that the government had jurisdiction - 28 USC 1442 and
25    finally that it did not have an asset or quiet title to protect 28 USC 1444 & 2410.

26 **RESPONSE TO MOTION TO DISMISS**
   **C-07-3815**
27                                              -5-
28

1  Having shown this to Judge Cox - he completely ignored those facts, allowed the

2  DOJ Attorney to appear without her filing an appeal as required from the first denial

3  of a case he did not hear but was suddenly assigned to for the case he did not have a

4  current oath of office four years prior to hearing the Plaintiff's case.

5

## THE PROBLEM WITH JUDGE COX AND JUDGE MAYFIELD
## AND FEDERAL DISTRICT JUDGE PHYLLIS HAMILTON

6

7  In prior times, and probably at this very moment, Judge Phyllis Hamilton is designated

8  the presiding judge even though it is heavily protested against and it still remains an

9  unacceptable issue and this Court will have to remove Judge Phyllis Hamilton from this

10 matter and the issues of conflict, failure to adhere to her Cannons and her being allowed

11 in spite of the major discrepancies so noted to the President Judge Walker have yet to

12 give the plaintiff any type of judicial confidence she should be allowed to hear this or

13 any other matter of the Plaintiff because of her assistance in this matter that represents a

   clear picture of supporting violation of the Court rules that she would have the audacity
14
   to require the Plaintiff to follow the Court rules she ignored in the matter of the DOJ
15
   Attorney Cynthia Stier - this is favoritism. She denied the DOJ attorney's first effort to
16
17 illegally move the case against the county recorder due to the failure of establishing a

18 host of issues and then upon the illegal process of the DOJ Attorney filing another case

   as promised, then allowed the very same case to be dismissed without any proof of 1) a
19
   legal assessment; 2) without any proof of a lien 28 USC 3201; 3) that required state
20
   procedures were followed by the country recorder to recognize a notice of lien as a
21
   litigated lien; 4) without any proof that a lien existed or was created 28 USC 3201 to
22
   sustain any claim that the government is a party to protect quiet title or a lien 28 USC
23
   1442, 1444 or 2410 - it does not exist today. Having been 'run' from one end of the
24
   spectrum to the other - the Plaintiff sent a letter requesting the assistance of the
25
   President Judge to remove and or recuse Phyllis Hamilton because of her conflicting

   decisions. This letter is now made part of this response because all should read and
26

27
   **RESPONSE TO MOTION TO DISMISS**
   **C-07-3815**

28
                                    -6-

understand the lack of confidence in this particular judge and the allowed actions of this Court.

**EXHIBIT 3 - REPRODUCED**

Michael S. White
P. O. Box 304
Hopland, CA 95449

November 30, 2007

United States District Court
Chief Judge Vaughn R. Walker
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

Re:    Michael S. White vs. Conrad L. Cox, et al #C-07-3815 MMC
       Michael & Stacy White vs. Pauline Baldenegro, Revenue Officer, Ed Sabrack,
       Revenue Officer and Doug Hall, Group Manger [USA] #C07-3708
       Judicial Indifference and probable misconduct and DOJ Misconduct

Dear Chief Judge Walker:

This letter comes to you in urgency for your supervision and correction of a number of administrative and judicial actions that we have experienced in your court and with one of your assigned judges. We will state a brief history of the Procedural History for your information. We would first apologize for our coming to you for assistance other than trying to figure out whether we are again to seek relief through reporting judicial misconduct and we are not sure other than reporting the actions of the DOJ Attorney Ms. Cynthia Stier to her superiors for her actions as to resolving this total legal mess that we find ourselves presently - we do apologize but <u>we are in need of your help and guidance.</u>

<u>Procedural History</u>
White Vs Cox, (C 07 3815 MEJ) et al Chronology:
7-25-07 -    Complaint filed. It is assigned to a magistrate judge (MEJ)
8-30-07 -    We filed to decline to proceed before a magistrate judge, and requested a
             USDC judge.

**RESPONSE TO MOTION TO DISMISS**
**C-07-3815**

-7-

1  (Exhibit 3 reproduced, con't)

2  10-15-07 -    We send certified letter to the court re: the fact that we had not received
               notice concerning our request for USDC judge.

3  10-31-07 -    We receive Case management Conference Order, setting White v Cox to
4               be heard by USDC Judge Maxine Chesney on 11-30-07

   11-15-07 -    We file with the court our Case Mgmt Statement
5  11-19-07      (we receive it on 11-23-07)
   11-19-07 -    Judge Chesney refers White V Cox to Judge Hamilton for consideration
6               whether the case is related to White vs. Wharf (Not White v USA,
               Sabrack) Chesney continues the case mgmt conference from 11-30-07 to
7               January 11, 2008, and orders a new case management statement be filed
8               prior to 1-4-08
   11-20-07 -    Judge Hamilton signs the Related Case Order saying that White v USA
9               and <u>White v Cox are related</u> - WE NEVER RECEIVED A MOTION TO
               COMBINE THESE CASES!!!!
10 11-26-07 -    Judge Hamilton orders us to show cause regarding our failure to serve
11              the summons and complaint per FRCP or will dismiss White v Cox -
               IMPORTANT TO NOTE YOUR HONOR: **WE WERE NEVER**
12              **SERVED ON A MOTION TO COMBINE WHITE v USA** by Ms.
13              Cynthia Stier. Her actions of <u>omitting proper court protocol or procedure</u>
               <u>is not new to us,</u> Judge Cox, Judge Mayfield and your assigned Judge
14              Hamilton - please see the reproduced copy of our Motion as an
               attachment to this letter. <u>We make this statement under the rules, pain</u>
15              <u>and suffering of perjury.</u>

16  Please notice that <u>against the Plaintiff's wishes Judge Phyllis Hamilton</u> has been
17  assigned to hear these cases  (<u>White vs. Cox et al and White vs USA</u> ), ignored probably
    unknown to your knowledge with such discrepancies in Judge Hamilton's prior conflicts
18  of flip-flopping her decisions based on the illegal actions of the DOJ Attorney Cynthia
    Stier. Having filed a Motion in response with facts that cannot be refuted by a judge,
19  with the same judge now being in a position that she should not be in - clearly indicates
20  that the table of justice is slanted against due process of law as we have absolutely no
    confidence in Judge Hamilton providing an impartial, honest decision based on integrity
21  and the protection of the legal system, your honorable court and the Cannons she has
    violated. Upon reading the Motion on the previous pages, **Judge Hamilton should**
22  **have recused herself,** [we assume that she saw this Motion or should have been shown
    this motion] <u>reported to you of our concerns</u> and the Northern District Court should
23  have had an opportunity to contact us with these concerns - if this honorable court was
24  not aware of our problems in standing before Judge Hamilton again on matters she is
    familiar with but VERY CONFLICTED WITH AT THE SAME TIME.

25

26  **RESPONSE TO MOTION TO DISMISS**
    **C-07-3815**
27                                     -8-

28

(Exhibit 3 reproduced, con't)

 We are formally asking that you reassign another judge because there is absolutely no way we could ever believe that Judge Phyllis Hamilton would be fair in her actions previously and at this time. We now show you two decisions that Judge Hamilton made (1) an order to remand the case back to the Superior Court of Mendocino County - *See Exhibit #1* and (2) an order dismissing the very same case of *White vs. Wharff* - *See Exhibit #2* and this was done because of the <u>illegal actions of the DOJ Attorney Cynthia Stier</u> and a judge <u>without a current oath of office - Judge Cox</u> **<u>but not on any new evidence</u>** to support the government in illegally removing a local case to the federal district court. The very same issues were argued in both situations with Judge Hamilton writing only more information - but not different than argued before by Ms. Stier - what was different - see below.

Ms. Cynthia Stier mentioned that she would merely file another case once Judge Hamilton dismissed her claims of the government being the real party was not accepted. See the highlighted portions of our Motion of her actions - this was done *without following the required procedures of FRCP Rules 3 and 4* and was accepted by Judge Cox, Judge Mayfield and Judge Hamilton without comment or question. Please also notice that none of the functions required for the failure of Ms. Wharff's local responsibilities were not argued, confirmed by the Mendocino Court, denied of their failures and that the government could not prove they failed in their required functions as indicated by IRC Sections 6323(f), Uniform Lien Registration Act, proper identification of a taxpayer per Section 6331(a) and none of these failures were noted by Judge Hamilton for the federal district purposes. The DOJ did not prove that the government had an asset to protect in a notice because it was only a notice - not a litigated lien and the government could not prove there was an actual prosecution of any government employee UNTIL NOW. Sections 26 USC 1441, 1442, 1444 (also Section 2410) did not apply because the situation did not exist.

NOW THESE SITUATIONS DO EXIST FOR THE REVENUE OFFICERS and there is no question of their prosecution and Ms. Cynthia Stier should also be removed from participation due to her questionable techniques in getting her way. In the matter of White vs Cox et al - she is now attempting to 'defend him through the back door' by filing a Motion we have yet to see - if filed by her or someone in her office - thereby causing Judge Hamilton again to be conflicted in hearing any of these cases because of her violations and conflicted decisions. **<u>THE COURT SHOULD NOTICE THAT THERE HAS NOT BEEN ONE PERSON COMING BEFORE THIS COURT TO REPRESENT JUDGE COX OR JUDGE MAYFIELD.</u>**

The Court is also asked to notice that the defendants in the Cox case have refused to accept any mail as required by this Court for the progression of the case filed against

(Exhibit 3 reproduced, con't)

them - *See Exhibit #3 through Exhibit #6*.

Through the *secret filing of a motion to combine Cox et al and White vs. USA* - it appears as though Ms. Stier is looking to have the same Judge Hamilton to rule in her favor again. Ms. Stier is guilty of practicing questionable actions and is guilty of the **very same action as now Judge Hamilton has ordered** us to answer by December 10, 2007 - *See Exhibit #7*.

Ms. Stier did not file this Motion and she did not serve us with her Motion to combine *Cox et al and White vs. USA* and she cannot prove that she filed this Motion properly with us. Please notice that either Ms. Stier or someone from the DOJ filed this Motion on or about **November 20, 2007** - *See Exhibit #8* - this was an unsigned document. Due to the reciept of unsigned documents indicating that cases were related there could be some confusion as to the actual interpretation of the court and Judge Hamilton.

We ask that you would notice the effect of this issue on our lives, and the many illegal acts we have detected involving several officials locally in Mendocino County, Superior Court, the DOJ and the misguided and indifferent actions of Judge Phyllis Hamilton - **we are in need of your help and guidance**. We are not looking to avoid paying any taxes that have been properly assessed - the government cannot prove assessment as required by the United States Congress, the government cannot prove it has a litigated lien as required by the USC Sections indicated, <u>Ms. Stier cannot prove that she is following the required Federal Rules of Civil Procedure Rule 4(a)-(c), (e), (l) or (m) in</u> good faith, the named defendants in White vs Cox et al <u>haven't even bothered to secure an attorney for representation</u>, as shown earlier all of them are not accepting mail this Court required us to send to them. - **they are relying on the illegal acts of the DOJ Attorney and Judge Hamilton -** she has tainted the integrity of this Honorable Court.

Before December 10, 2007 we will answer the Order that has been presently issued by Judge Hamilton but do notice and remember that **Ms. Cynthia Stier did not serve us with a Motion to combine the Cox case with the White vs. USA** case and that is presently in violation of the very same FRCP mentioned in Judge Hamilton's order. We are requesting that you respond to us in writing at your earliest convenience and that the Motion to Stay the Trial in both cases of White vs Cox et al and White vs USA - that we are compelled to file with this Court be honored until the clouds of judicial behavior can be removed from our efforts to secure due process of law.

Please respond to us in writing upon your investigation of this complaint. We have suffered serious financial losses and are suffering under this heavy load of judicial

RESPONSE TO MOTION TO DISMISS
C-07-3815

-10-

1   (Exhibit 3 reproduced, con't)

2   misconduct locally and through the illegal actions of the Department of Justice, and
3   through the indifference and contradictory actions of your Honorable Judge Phyllis
    Hamilton.

4                               Very truly yours,

5

6   _____    _____
7       Michael S. White, Plaintiff        Stacy L. White, Plaintiff

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26  **RESPONSE TO MOTION TO DISMISS**
    C-07-3815
27                              -11-
28

1  (Exhibit 3 reproduced, con't)

2  (REPRODUCED FOR YOUR READING BUT FILED WITH THE COURT )

3  ## The United States District Court

   ## Northern District of California

4

5  Michael S. White and

6  Stacy L. White, Pro Se                    )          Jury trial demanded.

7  P. O. Box 304                             )

   Hopland, CA 95449                         )

8  (707) 744-1641 - Home                     )

   (707) 489-6596 - Bus.                     )          Civil Case -

9                                            )            No. C 07 3708JSW

10                                           )

      Plaintiffs,                            )          Originally filed 7/18/07

11                                           )

12                                           )

      Vs.                                    )

13 United States of America ex rel.          )

14 Internal Revenue Service                  )

   Pauline Baldenegro, Revenue Officer       )

15 777 Sonoma Ave., Rm 112,                  )

16 Santa Rosa, CA  95404                     )

         And                                 )

17 Ed Sabrack, Revenue Officer               )

18 and Doug Hall, Group Manager              )

   100 Smith Ranch Road, Suite 120           )

19 San Rafael, CA 94903-1979                 )

20       Defendants                          )

21

22     RESPONSE TO ADMINISTRATIVE MOTION TO CONSIDER

23   WHETHER CASE SHOULD BE RELATED AS REQUESTED AND

     <u>STATEMENT TO SUPPORT PLAINTIFFS' REQUEST FOR DENIAL</u>

24

25
   _____

26 **RESPONSE TO MOTION TO DISMISS**
   **C-07-3815**
                                  -12-
27

28

(Exhibit 3 reproduced, con't)

The Plaintiff, Michael S. White files this response to the administrative motion to refute any indication that a previous filing involving the case of a citizen against a local official for violating local laws of the state of California could be remotely related in any nature. The previous case of White vs. Marsha S. Wharf could not be related in any fashion as was previously determined by a federal district Judge Phyllis Hamilton because the government was not determined to be a party as claimed under the federal statutes of 28 USC 1441, 1442, 1444 and 2410 because a notice of federal tax lien did not meet the required statute of being a litigated lien as required by **_26 USC 6323(f)_** being filed a required with the Secretary of State of California, failure to prove that Michael S. White was a government employee, government official or a government official per **_26 USC 6331(a)_** with the requirements of being determined through the CA Civil Code Sections and **a court hearing that never took** place to cause a notice to be a legal lien. It should be noted that all of the provisions of the Uniform Lien Registration Act were not followed by those persons filing such notices but **they were not prosecuted.**

Further the jurisdiction and venue were as follows: The original case was a Declaratory Judgment case naming only a local official under CA Constitution and CA Government Code Statutes and **not federal statutes for federal employees**. That this Court [the Superior Court of Mendocino County] has jurisdiction of this action pursuant to **_Article I, Section 1, 13, 16, 17 and 28,_** of the California Constitution. In addition, the relief sought by the Petitioner is authorized by Government Code (GOV.) **_Sections 6258 and 6259_** and California Code of Civil Procedure (C.C.P.) **_Section 1085_**. The Petitioner is a natural born citizen of the state of California and a consumer residing in Mendocino County, California, and therefore, that venue in Mendocino County is appropriate. See **_Exhibit A_** for the 1st finding of Judge Phyllis Hamilton.

RESPONSE TO MOTION TO DISMISS
C-07-3815

(Exhibit 3 reproduced, con't)

**SUBSEQUENT ACTIONS OF THE DOJ ATTORNEY Cynthia Stier:**

Having been denied her efforts to transfer the local case of White vs. Wharff for the reasons indicated above, this DOJ attorney stated that <u>she would merely file another case</u> and would be back in front of Judge Phyllis Hamilton or some other federal district court Judge. She did in fact file another case, it came before <u>Judge Conrad L. Cox</u> and he permitted her to transfer the local case to the federal district court even with the Plaintiff, <u>Michael S. White informing him that Ms. Stier did not file an appeal</u> when denied her efforts to have the case dismissed under the color of law as if the government employees were being prosecuted, that the government was a real party without a litigated lien as required and that she failed to even file an appeal under the federal statutes of <u>FRAP Rules 3 and 4</u>. See the required rules that are to be followed by anyone with no exceptions for government officials.

**FRAP Rule 3(a) Filing the Notice of Appeal.**
(1) An appeal permitted by law as of right from a district court to a court of appeals <u>may be taken only by filing a notice of appeal</u> with the district clerk within the <u>time allowed by Rule 4</u>. At the time of filing, the appellant must furnish the clerk with enough copies of the notice to enable the clerk to comply with Rule 3(d). <u>(2) An appellant's failure to take any step other than the timely filing of a notice of appeal does not affect the validity of the appeal, but is ground only for the court of appeals to act as it considers appropriate, including dismissing the appeal.</u>
**(3) An appeal from a judgment by a magistrate Judge in a civil case is taken in the same way as an appeal from any other district court judgment.**

**FRAP Rule 3(d) Serving the Notice of Appeal.**
<u>(1) The district clerk must serve notice of the filing of a notice of appeal by mailing a copy to each party's counsel of record — excluding the appellant's — or, if a party is proceeding pro se, to the party's last known address.</u>

**FRAP Rule 4(a) Appeal in a Civil Case.**
(1) Time for Filing a Notice of Appeal.

RESPONSE TO MOTION TO DISMISS
C-07-3815

-14-

(Exhibit 3 reproduced, con't)

(A) In a civil case, except as provided in Rules 4(a)(1)(B), 4(a)(4), and <u>4(c), the notice of appeal required by Rule 3 must be filed with the district clerk within 30 days after the judgment or order</u> appealed from is entered.
**<u>(B) When the United States or its officer or agency is a party, the notice of appeal may be filed by any party within 60 days after the judgment or order appealed from is entered.</u>**

<u>All of the above were ignored by Judge Conrad L. Cox</u> and he, his presiding Judge and the entire Superior Court of Mendocino County has been sued for the issues so raised and that now before this very court. The most damning reason was because <u>Judge Conrad L. Cox did not have a current oath of office</u> and he did not have a current bond as required by CA law for almost 4 years before he hurriedly agreed to the illegal actions of the DOJ Attorney Stier. In addition to this travesty, **Judge Phyllis Hamilton also ignored** the purposely ignored FRAP Rules 3 and 4 once informed of the DOJ attorney's actions and then <u>contradicted her prior</u> ruling showing a serious violation of her Cannons as shown below. She also ignored this and other matters given to her upon the filing of a Memorandum of Law for Remand. **There were no new issues** raised by the DOJ attorney and there were no comments by either Judge Cox [local Judge that was disqualified rending a Void Judgment] or Hamilton [a federal district Judge disregarding her sworn oath of office and her Cannons] but a clear <u>picture of collusion in the violation of the Plaintiff's Rights.</u> With this act by these Judges on two different levels - the local Judge, the local court and others are being sued as stated - **_See Exhibit B_** - Case #C073815MEJ. <u>It is also directed to this Court that Judge Phyllis Hamilton be prevented from hearing any matter of the Plaintiffs in this instant case</u> - the Plaintiffs are convinced that **_she could not be trusted_** with the public trust and confidence in rendering an <u>impartial decision without showing favoritism</u> as she as clearly shown before involving the same DOJ attorney Cynthia Stier. Cynthia Stier should have been reprimanded and legally punished by the DOJ and at least by the Northern District Court

(Exhibit 3 reproduced, con't)

of California for this obvious disregard for following the required appeal procedures for federal cases. The court can see the violations of these actions and the Cannons clearly ignored.

**CANON 2**
**A Judge shall avoid impropriety and the appearance of impropriety in all of the Judge's activities.**
**CANON 3**
**A Judge shall perform the duties of judicial office impartially and diligently.**

Now this same attorney comes, the same DOJ Attorney Cynthia Stier claiming that she was not properly served for a case she now wants to be related. The local case involved a local official violating local CA Civil Code laws of and the relief was sought by the Petitioner, Michael S. White and was authorized by Government Code (GOV.) *Sections 6258 and 6259* and California Code of Civil Procedure (C.C.P.) *Section 1085*. The acts of the local official approached were for non-monetary relief for a document that was not a litigated lien and there were no named government employees for prosecution, penalty, fines or monetary retrieval or relief. The case was illegally transferred, then denied, with it coming back before the same federal district Judge that contradicted her prior ruling ignoring the obvious failure of the same DOJ Attorney Stier to file an appeal.

This instant case involves the prosecution for monetary relief that does not involve the local official of Marsha A. Wharff. There is not a matter of considering whether it should be a federal district court as indicated in the 2nd Amended claim filed with this court. The defendants named in this matter were not named as defendants in the prior matter. The government never had subject matter or personal jurisdiction in the prior matter but only through the collusion of a disqualified Judge and the contradictory actions of Judge Phyllis Hamilton that reversed her own decision without the benefit of

(Exhibit 3 reproduced, con't)

any new evidence. The Plaintiffs would have never known who was to defend the named defendants in this matter and to date do not know the assigned DOJ attorney thus any notice being sent to a DOJ Attorney in the prior local case being illegally administered did not cause any thought to provide her with any service. The issues are different for the specific acts of the named defendants in this matter and does not involve the local CA civil code violated but federal statutes violated. The DOJ Attorney attempts at claiming some relationship or some form of Res Judicata is another pathetic and false claim and it is demanded that it be ignored. The Plaintiff, Michael S. White has filed these suits in the only remaining avenue to seek due process of law without the cooperation of disqualified local Judges being sued in the case mentioned and the defendants now being named in this matter under federal statutes that does not require a determination of transfer as earlier alleged under 28 USC Sections 1441, 1442, 1444 [with Section 2410 indicating the protection of a government asset - none existed then and it does not now] a notice is not a litigated lien and this fact has yet to be proven by an law with the Courts ignoring the specific requirements of 26 USC 6323(f), the proper identification of specific persons pursuant to *26 USC Section 6331(a),* the total disregard of the Uniform Lien Registration Act as well as host of other failures.

1. The prior case involved only two parties - Plaintiff M. White & Ms. Wharff
2. The prior case involved the issues of CA law ignored by Ms. Wharff
3. The transfer to the federal district court was rightfully denied for all the above.
4. Another case was filed by the DOJ Attorney outside of the FRAP Rules 3 & 4.
5. This matter brought before two Judges were ignored by both with one being disqualified to render any decision and is presently being pursued for violations of the Plaintiff's Rights.
6. There was no named government employees named as defendants in the prior case.
7. The named defendants in this case are only government employees **not local**

---

(Exhibit 3 reproduced, con't)

**officials.**

8. The issues involve federal statutes, rules and laws - <u>not CA Civil Code laws</u> - this court would not have any jurisdiction to rule on local laws.

9. <u>Ms. Cynthia Stier has not shown any authority in this matter because she was illegally allowed to proceed without being reprimanded by Judge Phyllis Hamilton and the Northern District Federal Court - the Plaintiffs do know they could not file another case without following the FRAP Rules 3 and 4</u> - this matter should have been addressed by Judge Hamilton at the subsequent hearing and she ignored her errors in the subsequent filing.

For all of the above the Plaintiffs move that this matter should not be considered related to the prior case filled with inequities, illegal allowances, lack of due process of law and loaded with judicial misconduct. The parties named in the two federal district court should be allowed to stand on their own - **the Plaintiffs lives have been wrought with absolute hell with the major discrepancies of Judges in the Mendocino County Superior Court and the lack of due diligence and integrity of Judge Phyllis Hamilton. It would be the intent of the Plaintiffs to pursue anyone for further violations as there little left in the lives of the Plaintiffs under the circumstances of being bothered with disqualified Judges, indifferent local court officials and its commission, the illegal acts of the DOJ attorney Cynthia Stier that should have been reprimanded** and the absolute contradiction of Judge Phyllis Hamilton. It is obvious with this type of judicial misconduct on so many fronts - that enough is enough and this Court should redeem its integrity, honesty, objectiveness and to right the wrong - no system is worth protecting at the expense of the citizens of this country and then to look to call itself a court of law that would state it is a court of law for everyone on equal terms. This has not been the case thus far and it will be pursued with all legal means necessary to cause any violating party to answer for their actions. THIS COURT

(Exhibit 3 reproduced, con't)

IS REQUESTED TO SHOW CAUSE IF IT FINDS THAT THIS CASE SHOULD BE COMBINED AS A RELATED CASE WITH ANY CASE PRESENTLY FILED BEFORE THIS COURT.

**WHEREFORE** The Plaintiffs makes all the claims, statements and presentation of evidence and declares under penalty of perjury pursuant to *18 USC § 1621(2) and 28 USC § 1746* that the foregoing is true and correct. The Plaintiffs also expects any counter-claims, evidence or statements of the Defendants and or their representative(s) would subject to the same statutes as presented. Executed on this 8th day of October 2007 at Hopland, CA 95449.

_____      Date: _____
Michael S. White, Pro Se


## **END OF 1ST LETTER TO JUDGE WALKER**

Reading the letters sent to the President Judge clearly indicates the several discrepancies of a number of people and that alone should have caused this entire matter to have been dismissed for judicial misconduct. Unfortunately Judge Walker had decided that he did not have the power, duty or authorization to change Judge Phyllis Hamilton from the case even though he could not dispute the judicial contradiction of her actions and that generated another letter from the Plaintiff as shown below. It was very disappointing to the Plaintiff that he would have to illustrate, demonstrate something to a president judge that would have to be well known - but more *'hoops'* for the Plaintiff to get due process.

## 2nd LETTER TO PRESIDENT JUDGE WALKER

Michael S. White
P. O. Box 304
Hopland, CA 95449

December 14, 2007

United States District Court
Chief Judge Vaughn R. Walker
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

United States District Court
Honorable Judge Phyllis Hamilton
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

Re:    My letter to your office in regards to Judge Phyllis Hamilton and your response
       <u>12/4/07</u>
       Michael S. White vs. Conrad L. Cox, et al <u>#C-07-3815 MMC</u>
       Michael & Stacy White vs. Pauline Baldenegro, Revenue Officer, Ed Sabrack,
       Revenue Officer and Doug Hall, Group Manger [USA] <u>#C07-3708</u>
       Judicial Indifference and probable misconduct and DOJ Misconduct

Dear Chief Judge Walker:

       We want to thank you for you response to our letter sent to you.  <u>We also sent
the same letter to Judge Phyllis Hamilton out of courtesy and full disclosure as you may
be aware by now.</u> You stated in your letter that you have no authority to reassign cases
from one judge to another. We respectfully would ask that you <u>consider the information
given to us from the United States Federal District court website</u> on the duties of a Chief
Judge as shown below:

## Q: How are judges assigned to cases?

Judge assignment methods vary. The basic considerations in making
assignments are to <u>assure equitable distribution of caseload and avoid judge
shopping</u>. By statute, the chief judge of each district court has the responsibility
to enforce the court's rules and orders on case assignments. Each court has a
written plan or system for assigning cases. The majority of courts use some
variation of a random drawing. <u>One simple method is to rotate the names of
available judges</u>. At times judges having special expertise can be assigned
cases by type, such as complex criminal cases, asbestos-related cases, or
prisoner cases. The benefit of this system is that it takes advantage of the
expertise developed by judges in certain areas. Sometimes cases may be
assigned based on geographical considerations. For example, in a large

(Judge Walker letter #2, con't)

geographical area it may be best to assign a case to a judge located at the site where the case was filed. **Courts also have a system to check if there is any conflict that would make it improper for a judge to preside over a particular case.**

For the United States District Court - Northern District Court - **there are 29 judges listed** under your supervision and it would be improper for Judge Phyllis Hamilton to preside over any hearing that we would wish to have an objective due process of law because of her prior actions in ruling in such a contradictory fashion. This is not to say she is not qualified and not professional but she was not objective and she was **not** showing the integrity expected with a ruling contradicting her earlier ruling without any new evidence but only that the <u>DOJ Attorney Cynthia Stier violating the FRCP Rules 3 and 4.</u> You have a registered conflict and we have already spent time and money filing a complaint and would appreciate you merely exercising your given authority and reassign <u>any other the 27 judges</u> under your supervision as we are presently working with Judge Jeffrey S. White where we are experiencing no judgmental problems as of yet.

Very truly yours,

_____

Michael S. White, Plaintiff

## END OF 2ND LETTER TO JUDGE WALKER

Now at this point the Plaintiff is seriously concerned that due process of law will be wanting because of the *several 'actors'* having their way with the exception of Judge White participating in another matter and that took a lot of 'doing'. Judge Walker contradicted his authority and willingness to remove Judge Phyllis Hamilton as he should because there are at <u>least 29</u> other judges available. Below are the circumstances of having a local judge render a decision without a current oath of office, showing favoritism to the DOJ, ignoring Ms. Stier's failure to comply with the FRCP Rules 3 and 4 respectively, while at the same time Judge Hamilton requiring the Plaintiff to play by the rules of the court and with a <u>contradiction of her own</u> and finally with her superior

**RESPONSE TO MOTION TO DISMISS**
C-07-3815

1  superior stating something that **does not exist - he can remove** her from the matters of
2  the Plaintiff.

3
4  Below are descriptions of disqualifications of judges - in the case of the Honorable
   Conrad Cox - he did not have a current oath of office - he lacked personal and subject
5  matter jurisdiction immediately. He also operated outside of his authority and outside of
6  his Cannons and none of these facts have been refuted. A judge's private, prior
7  agreement to decide in favor of one party is not a judicial act. Judge Cox's decision was
8  based on his bolstering the DOJ Attorney's case through the omission of his recognition
9  that she was required to file an appeal and her failure to prove **she was authorized per**
10 **26 USC 7401** to present that there was 1) a lien - lacking the creation of a lien *28 USC*
   *3201*; 2) lacking authorization but claiming that the government was the party - there
11 was no lien, there was no asset to protect *28 USC 1442, 1444 & 2410* and to ignore that
12 the county recorder was the actual party - he failed to recuse himself lacking a current
13 oath of office thereby ruling a void judgment. *Can a doctor operate without a license*
14 *and or insurance for malpractice?* No if discovered with an illegal or legal act of
15 administering medical care - they are subject to civil and criminal code violations. *If a*
16 *person operates a vehicle without a license and or insurance and is discovered are*
17 *they subject to fines, imprisonment and jail for civil and or criminal acts as a result?*
18 Yes they are subject to those laws nationwide. *With Judge Cox lacking a current oath of*
   *office 4 years prior to hearing the plaintiff's case - not recusing him self - would this be*
19 *a legitimate judicial act?* No it would not be a legitimate judicial act - this is an act
20 clearly not in concurrence with 5 USC 1331.
21 *"Lack of subject matter jurisdiction is a non-waivable defect which may be raised at*
22 *any stage of the proceedings."* State v. LaPier, 961 P.2d 1274, 289 Mont. 392, 1998
   MT 174 (1998).
23
24 *"Ruling made in absence of subject matter jurisdiction is a nullity."* State v. Dvorak,
   574 N.W.2d 492, 254 Neb. 87 (1998).
25

26 **RESPONSE TO MOTION TO DISMISS**
   C-07-3815
                                        -22-
27

28

1    With the act of ignoring evidence to the contrary of the claims of an authorized DOJ

2    Attorney not following the rules of court <u>FRCP Rules 3 & 4</u>, being allowed to

3    participate with the demanded proof by the Plaintiff - *26 USC 7401* and completely

4    ignoring the fact there were no claims against any government employees but the county

5    recorder that was not employed by the government - all that Judge Cox did was assist

     and boost the case of the government - while not having a current oath of office. This

6    would also apply to his superior Judge Mayfield not responding to the Motion to Vacate

7    and judge Phyllis Hamilton with her contradictory actions without the proof of

8    authorization required of the DOJ attorney *26 USC 7401-7408*; by cooperating without

9    proof of a certified assessment - *26 USC 6203* and without any proof of a litigated lien

10   *28 USC 3201* - none of these facts can be refuted with any credibility - *bad actors* in

11   official capacities - this case should be dismissed in favor of the Plaintiff.

     *"A central tenet of our republic—a characteristic that separates us from totalitarian*

12   *regimes throughout the world—is that the government and private citizens resolve*

13   *disputes on an equal playing field in the courts. <u>When citizens face the government in</u>*

14   *<u>the federal courts, the job of the judge is to apply the law, not bolster the</u>*

15   *<u>government's case.</u>"* **Beaty v. United States, 1991.CO6.42163 32; 937 F.2d 288 (6th**

16   **Cir. 1991).**

17

18   Below are points clearly indicating a judge operating outside of his or her authority and

19   losing subject and personal matter of any case - in this case and in addition to the

     discrepancies noted below - Judge Conrad Cox did not have a current oath of office and

20   acted outside of his authority and his superior Judge Mayfield condoned this act as well

21   as the judicial commission failed to act without addressing this very important issue.

22   Judge Cox had a responsibility to recuse himself and he clearly did not act with any type

23   of impartiality allowing the DOJ attorney to reappear without following the FRCP Rules

24   and ignoring evidence to the contrary of her claims.

25

26   **RESPONSE TO MOTION TO DISMISS**
     C-07-3815

27                                          -23-

28

1  Federal law requires the automatic disqualification of a Federal judge under certain

2  circumstances. In 1994, the U.S. Supreme Court held that "Disqualification is required

3  if an <u>objective observer would entertain reasonable questions</u> about the judge's

4  impartiality. If a judge's attitude or state of mind leads a detached observer to conclude

   that a fair and impartial hearing is unlikely, the judge must be disqualified." [Emphasis

5  added]. *Liteky v. U.S., 114 S.Ct. 1147, 1162 (1994).* Courts have repeatedly held that

6  positive proof of the partiality of a judge is not a requirement, only the appearance of

7  partiality. *Liljeberg v. Health Services Acquisition Corp., 486 U.S. 847, 108 S.Ct. 2194*

8  *(1988)* (what matters is not the reality of bias or prejudice but its appearance); United

9  States v. Balistrieri, 779 F.2d 1191 (7th Cir. 1985) (Section 455(a) "is directed against

10 the appearance of partiality, whether or not the judge is actually biased.") ("Section

11 455(a) of the Judicial Code, 28 U.S.C. §455(a), is not intended to protect litigants from

   actual bias in their judge but rather to promote public confidence in the impartiality of

12 the judicial process."). That Court also stated that Section 455(a) "requires a judge to

13 recuse himself in any proceeding in which her impartiality might reasonably be

14 questioned." *Taylor v. O'Grady, 888 F.2d 1189 (7th Cir. 1989). In Pfizer Inc. v. Lord,*

15 *456 F.2d 532 (8th Cir. 1972),* the Court stated that "It is important that the litigant not

16 only actually receive justice, but that he believes that he has received justice."

17

18 The Supreme Court has ruled and has reaffirmed the principle that "justice must satisfy

   the appearance of justice", *Levine v. United States, 362 U.S. 610, 80 S.Ct. 1038 (1960),*

19 *citing Offutt v. United States, 348 U.S. 11, 14, 75 S.Ct. 11, 13 (1954).* A judge

20 receiving a bribe from an interested party over which he is presiding, does not give the

21 appearance of justice. "Recusal under Section 455 is self-executing; <u>a party need</u>

22 <u>not file affidavits</u> in support of recusal and the judge is obligated to recuse her self sua

23 sponte under the stated circumstances." Taylor v. O'Grady, 888 F.2d 1189 (7th

24 Cir.1989). Further, the judge has a legal duty to disqualify himself even if there is no

25 motion asking for his disqualification. The Seventh Circuit Court of Appeals further

26 **RESPONSE TO MOTION TO DISMISS**
   **C-07-3815**

27                                    -24-

28

stated that "We think that this language [455(a)] imposes a duty on the judge to act sua sponte, even if no motion or affidavit is filed." Balistrieri, at 1202. Judges do not have discretion not to disqualify themselves. By law, they are bound to follow the law. Should a judge not disqualify himself as required by law, then the judge has given another example of his "appearance of partiality" which, possibly, further disqualifies the judge. Should another judge not accept the disqualification of the judge, then the second judge has evidenced an "appearance of partiality" and has possibly disqualified himself/herself. None of the orders issued by any judge who has been disqualified by law would appear to be valid. It would appear that they are void as a matter of law, and are of no legal force or effect.

Should a judge not disqualify himself, then the judge is violation of the Due Process Clause of the U.S. Constitution. United States v. Sciuto, 521 F.2d 842, 845 (7th Cir. 1996) ("The right to a tribunal free from bias or prejudice is based, not on section 144, but on the Due Process Clause."). Should a judge issue any order after he has been disqualified by law, and if the party has been denied of any of his / her property, then the judge may have been engaged in the Federal Crime of "interference with interstate commerce". The judge has acted in the judge's personal capacity and not in the judge's judicial capacity. It has been said that this judge, acting in this manner, has no more lawful authority than someone's next-door neighbor (provided that he is not a judge). However, some judges may not follow the law.

The Plaintiff is a non-represented litigant, and should the court not follow the law as to non-represented litigants, then the judge has expressed an "appearance of partiality" and, under the law, it would seem that he/she has disqualified him/herself. However, since not all judges keep up to date in the law, and since not all judges follow the law, it is possible that a judge may not know the ruling of the U.S. Supreme Court and the other courts on this subject. Notice that it states "disqualification is required" and that a judge

RESPONSE TO MOTION TO DISMISS
C-07-3815

-25-

"must be disqualified" under certain circumstances. The Supreme Court has also held that if a judge wars against the Constitution, or if he acts <u>without jurisdiction,</u> he has engaged in <u>treason to the Constitution.</u> If a judge acts after he has been automatically disqualified by law, then he is <u>acting without jurisdiction,</u> and that suggest that he is then engaging in criminal acts of treason, and may be engaged in extortion and the interference with interstate commerce. **<u>Courts have repeatedly ruled that judges have no immunity for their criminal acts.</u>** Since both treason and the interference with interstate commerce are criminal acts<u>, no judge has immunity to engage in such acts.</u>

## The Time Line of this Case - government interference allowed

1. This case against Judges Cox and Mayfield was filed on or about **<u>July 25, 2007 - See Exhibit #5. Haines v. Kerner, 404 US 519 (1972) and Plaskey v. CIA, 953 F.2nd 25, "Court errs if court dismisses pro se litigant without instructions of how pleadings are deficient and how to repair pleadings."</u>** This **<u>complaint was refused</u>** by the Superior Court of Mendocino [sent via Certified Mail] September 18, 2007. - *See Exhibit #6.* The Defendants knew there was a complaint, they were aware they would need to respond **<u>within 20 days</u>** - FRCP Rule 12. At this point the federal district court could have readily noticed a summons was required, the Defendants could have readily known that a summons was lacking - **<u>JULY 25, 2007</u>**.

2. Now the case sits until the Plaintiff is made aware that the DOJ Attorney Ms. Stier has filed a motion to combine this case with the dismissed case of White vs Wharf - the very same case Judge Phyllis Hamilton wrongfully dismissed after she rightfully dismissed the same case earlier - **<u>November 20, 2007</u>**. The Plaintiff does not receive a copy of this motion and complains but there is no action by the federal district court - this represents almost 4 MONTHS. - The Motion was refused and should have been. Subsequently the Plaintiff files the same case with a summons as directed by Judge White.

**RESPONSE TO MOTION TO DISMISS**
**C-07-3815**

3.  In the four months that the case sat - Judge Phyllis Hamilton was presiding, the DOJ Attorney through some collusion is aware a case is filed against the judge that assisted her [probably a surprise to the DOJ Attorney and Judge Hamilton] and that raises the question - What type of communication is happening with a federal district judge, a federal district court or with someone in the Superior Court of Mendocino with the DOJ - not authorized 26 USC 7401 and surely not authorized to run interference on behalf of the defendants THAT ARE NOT GOVERNMENT EMPLOYEES - where would the government have jurisdiction to participate in this case?  With the assistance of Judge Cox, the DOJ Attorney successfully removed the plaintiff's case from the State Court without a shot being fired and without the judge or court having lawful jurisdiction or authority to do so. Under **[Title 28, Part IV, Chapter 85, Section 1359]**, titled "Parties Collusively Joined or Made," reads: *"A district court shall not have jurisdiction of a civil action in which any party, by assignment or otherwise, has been improperly or collusively made or joined to invoke the jurisdiction of such court."* With the district court entertaining the participation of the DOJ Attorney previously allowed illegally to participate in any matter - the prior case of White vs. Wharff et al; now filing Motions without providing service to the Plaintiff, with the entire case of White vs Cox et al sitting for 4 months without a response - even upon correction - they refused service and effectively failed to timely respond - *See Exhibits 8-1 to 8-4*. The entire process appears to be a cooperation between a number of parties to delay, to interfere or to corrupt the due process of law - causing the district court to be tainted and or to have lost its ability to claim jurisdiction and the default of the Defendants through the *'legal schemes'* of those that **should not have been allowed** to interfere in this process.

## Specific Responses:

Introduction of Counsel:

1. Judge Cox was not qualified - he did not have a current oath of office and there was not a lien for the government to defend - 28 USC 3201.

2. It is correct the prior matter was filed against the county recorder but there was no federal tax lien, no certified assessment and there has not been any proof or evidence to the contrary to prove a lien ever existed, 26 USC 6323(f), 6331 as to the proper person and the actual creation of a lien as required 28 USC 3201.

3. Judge Cox permitted the removal ignoring a host of evidence and did not have a current oath office thereby he did not have subject matter or personal jurisdiction to make a ruling that was void because he should have recused himself without a current oath of office.

Argument:

1. Without the act within the Cannons of a judge, acting without authority and acting without a current oath of office - there is no such thing as absolute judicial immunity. Any act that is not a judicial act of having subject matter jurisdiction does not give immunity for being disqualified by the statutes of California and 28 USC 455 does not give any relief of immunity - he was not qualified and rendered a previously dismissed case with the DOJ attorney violating FRCP Rules 3 & 4 and ignoring all of the evidence clearly indicating there was no lien, no tax assessment and no claims against any government employees. Having gone through all of the procedures for injunctive relief and declaratory relief was not made available. Judge Cox and Judge Mayfield ignored the Plaintiff's Motion to Vacate - none of them commented on the issues raised, the fact that Judge Cox was disqualified 4 years before hearing this case and that allowing a DOJ attorney to participate without proof of authorization 26 USC 7401 is not a judicial act but an act of bolstering the government case. It is clear that a judge who acts in the absence of subject matter jurisdiction may be held liable

RESPONSE TO MOTION TO DISMISS
C-07-3815

-28-

for his or her judicial acts. *Stump v. Sparkman, 435 U. S. 349, 98 S. Ct. 1099 (1978)*. This case cited by Counsel should be considered - Judge Cox without a current oath of office, ignoring valid evidence, cooperating and bolstering the DOJ that was not authorized to participate 26 USC 7401-7408 and failing to enforce the proper actions for a hearing was in clear <u>absence of all jurisdictions</u>. Where a judge presumes to exercise jurisdiction beyond understood boundaries, the judge is not entitled to immunity - *Dykes v. Housemann, 743 F.2d 1488 (11th Cir. 1984)*.

Judge Cox was far beyond his boundaries operating without the required license - a current oath of office, and Judge Mayfield condoned this practice. *"While in a court of general jurisdiction, there is a presumption that the judge has subject-matter jurisdiction, such is not the case in courts of limited jurisdiction. In all courts of limited jurisdiction, there is no presumption of subject-matter jurisdiction.* <u>State Bank of Lake Zurich v. Thill, 113 Ill.2d 294, 497 N.E.2d 1156 (1986)</u>.

*"Courts are constituted by authority and they cannot act beyond the power delegated to them. If they act beyond that authority, and certainly in contravention of it, their judgments and orders are regarded as nullities. They are* <u>[254 U.S. 348, 354]</u> not *voidable, but simply void, and this even prior to reversal."* <u>Elliott v. Peirsol, 1 Pet. 328, 340; Old Wayne Life Ass'n v. McDonough, 204 U.S. 8 , 27 Sup. Ct. 236.</u> (<u>underline emphasis added</u>) Considering all of the 'judicial misbehavior' of two local judges and the contradictory acts of Judge Phyllis Hamilton - the entire matter appears void.

II. Judge Cox duly assigned - even if a bond is not required - there are no excuses for any judge to sit on the bench without a current oath of office duly signed, approved and sworn whereas the sworn oath office is to protect the United States Constitution and those Rights of the public - the Plaintiff's 4th Amendment Rights have been duly

**RESPONSE TO MOTION TO DISMISS**
C-07-3815

-29-

1    violated with illegal seizures of his property in the form of money, his bank accounts

2    and there is no lien and has not been a lien created via 28 USC 3201.

3

4    III. The District Court is not and has not been employed to review State Court Judgments

5    and Orders - the district court has the jurisdiction for Deprivation of Rights by anyone

6    including a judge that did not and does not have a current oath of office, practice of a

7    judge without any personal and subject matter jurisdiction and causing financial and

8    emotional loss through the acts of collusion with the DOJ attorney, ignoring evidence

9    and failure to recognize the lack of the damage caused through his indifference being

10    in the assigned position as required by the Constitution and the Constitution of this

11    state - CA.

12    The only dissatisfaction of the Plaintiff is all of the 'legal drama' of misconduct of

13    several official individuals including the two Defendants operating outside of their

14    assigned boundaries under the 'color of law' and this would include the over

15    allowances of the DOJ attorney to operate outside of the required authorization. AS

16    OF THIS DATE NO ONE CAN PROVE THERE WAS 1) AN ASSESSMENT OR

17    2) A LITIGATED LIEN.

18    IV - the 11th Amendment does not apply in this case - this is a case against two

19    individuals that happen to be judges. The United States is not bringing a matter

20    against the judicial system of CA, its court or its judicial system - it is a case of

21    prosecution by the Plaintiff against two judges for their acts of Deprivation of his

22    Rights; any other misinformation or claim to the contrary is not true and should be

23    stricken. There is absolutely no evidence in any brief or claim that the Plaintiff is

24    asking the United States to judge the courts of the Superior Court of Mendocino, its

25    statutes or procedures - but the district court has been requested to consider the

26
27
28

**RESPONSE TO MOTION TO DISMISS**
**C-07-3815**

-30-

1
2    evidence of a judge not having a current oath of office, causing the deprivation of a
3    citizen's rights and the inclusion of his superior judge condoning and not following
4    her oath of office is the administration of her office to protect the rights of a citizen.

5    V. The State of California and the State's Judicial Officers are not defendants in this
6    matter and any claim or statement to that effect is only an effort to evade the point.
7    The named defendants are individuals - Judge Conrad Cox and Judge Cindee
8    Mayfield are persons - period. Counsel's attempt at changing the caption and reality
9    of the Plaintiff versus the Defendants leaves a lot to be desired for good faith in the
10   presentation of his brief.

11
12                                    **CONCLUSION**
13
14   1. There was <u>never an assessment the government could prove</u> - this was ignored.
15   2. There was <u>never a lien as required *28 USC 3201*</u> - this was eagerly ignored.
16   3. The DOJ was allowed to participate <u>under a fraud *26 USC 7401-7408*</u>
17   4. There was no prosecution of any government employee - this was ignored.
18   5. There was <u>collusion between Judge Cox's Court and federal district court</u>
19   6. Judge Cox should have recused himself and Judge Mayfield did nothing.
20   7. The **<u>interference for a timely reply was allowed with an authorized DOJ
     attorney</u>**.

21   8. Judge Cox's oath of office expired <u>4 years before he heard the Plaintiff's</u> case -
22   outrageous practice to have a disqualified judge to determine someone's lifestyle.
23   Judge Phyllis Hamilton is conflicted, without a view of being impartial - unacceptable.
24   For the foregoing reasons and the misinformation portrayed by the Counsel and because
25   any further discussion or any attempted amendment by Counsel, the Motion to Dismiss

26   **RESPONSE TO MOTION TO DISMISS**
     **C-07-3815**
27                                    -31-
28

1   by Counsel should be denied. Through all of the interference, collusion, delay in timely

2   response, misconduct of several individuals named - the claims of the Plaintiff should

3   be granted. The entire matter is tainted with several federal violations by the

4   Defendants, there is documented collusion between local and federal district judges and

5   there were 'legal schemes' allowed that taints the integrity of this Honorable Court.

6   It is the sincere belief and demand that it would absolutely impossible to allow Judge

    Phyllis Hamilton to attempt to convince the Plaintiff he would be in a court of

7   objectivity with impartiality and the Court is requested to have another judge among the

8   other 27 judges assigned to decide this matter as it progresses towards a jury trial if still

9   necessary. The Plaintiff should not be insulted, denied a proper hearing as given by his

10  Constitutional Rights and this matter of a presiding judge should be resolved first.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27  **RESPONSE TO MOTION TO DISMISS**
    C-07-3815

28                              -32-

1  Michael S. White, Pro Se                    ) Jury trial demanded
2  P. O. Box 304                               )
   Hopland, CA 95449                           )
3  (707) 744-1641 - Home                       )
4  (707) 489-6596 - Bus.                       ) Civil Case - No. C-07-3815
           Plaintiff,                          )
5          Vs.                                 )
6  Judge Conrad L. Cox, an individual          )
   Judge Cindee Mayfield, an individual        )
7          Presiding of the                    )
8  Superior Court of California                )
   County of Mendocino                         )        [Proposed]
9  100 North State Street                      )        ORDER DISMISSING
10 Ukiah, CA 95482-4416                        )        CASE
           Defendants                          )
11
12
13         The Court having read and considered the moving papers and having read and
14 considered the complaint and such other papers as well filed by the Plaintiff and
   Counsel for the defendants,
15         IT IS HEREBY ORDERED that the Plaintiff, Michael S. White's claims are
16 granted for relief therein and the claims and responses of the Defendants by Counsel be
17 denied and
18         IT IS HEREBY ORDERED that the judgment be entered against the Defendants
19 of Conrad Cox and Cindee Mayfield in the following manner.
20 1.
21 2.
22 3.
23 Signed this __ day of _____ 2008.
24
25                                             _____
26                                             UNITED STATES DISTRICT COURT JUDGE
27
28



# Superior Court of California
# County of Mendocino

**BENJAMIN D. STOUGH**
*Court Executive Officer*

**SHARON STONE**
*Assistant Court Executive Officer*

Date:         December 14, 2006

TO:           Michael S. White

FROM:         Mendocino County Superior Court Clerk's Office

RE:           SCUK CVPT-97243

The Mendocino County Superior Court recently received a letter from you directed to the Honorable Cindee Mayfield.

Laws regulating judicial conduct prohibit judicial officers from receiving or considering ex parte communication from litigants.

Therefore, the judicial officer will not be able to respond to your letter.

Your letter will be placed in the file and a copy sent to the attorney for the other party or to the other party, if an attorney does not represent him.

If this is an important matter that you wish to bring to the court's attention, please consult an attorney for advice.

Cc: Jeanine Nadel-County Counsel
    Kevin V. Ryan-United States Attorney
    Courts File

*EXHIBIT #1*

☐ Ten Mile Courthouse ✦ 700 S. Franklin St ✦ Fort Bragg, CA 95437 ☎ (707) 964-5192 ☎ Fax: (707) 961-2611
☐ Ukiah Courthouse ☎ 100 N. State St., Room 108 ☎ Ukiah, CA 95482 ☎ (707) 463-4481 ☎ Fax: (707) 463-4655
☐ Willits Courthouse ☎ 125 E. Commercial St., Rm 180 ☎ Willits, CA 95490 ☎ (707) 459-5554 ☎ Fax: (707) 459-7818

CV-012                                                                    (rev-06/30/03)

ENDORSED-FILED

Michael S. White, In Pro Per
P.O. Box 384
Hopland, CA 95449
House - 707/744-1641
Bus. 707/489-6596

JAN 2 2 2007

CLERK OF MENDOCINO COUNTY
SUPERIOR COURT OF CALIFORNIA

## SUPERIOR COURT OF CALIFORNIA

## COUNTY OF MENDOCINO

To: Presiding Judge Cindee Mayfield
and the
Superior Court of Mendocino County

| | |
|---|---|
| Michael S. White, | Case Number **SCUK CVPT 97243** |
| Petitioner | |
| Vs. | **ORDER TO SHOW CAUSE** |
| Marsha A. Wharff, Assessor- | **OF MOTION TO VACATE** |
| County Clerk-Recorder | a Void Judgment of Judge Conrad L. |
| Office of the County Recorder, | Cox and to Recognize Illustrations |
| Respondent | of Violation of CA Rules of the Court |
| | Section 243 and Code of Civil |
| | Procedure Sections 170 and 901-904 |
| | and Plaintiff's Demand for Relief and |
| | **NOTICE OF AB INITIO** |
| | **JURISDICTIONAL FAILING** |

I, Michael S. White, the Petitioner herein (hereafter "Petitioner") am an adult and competent to testify to the facts set forth herein on firsthand knowledge and hereby affirm that such facts are true and correct to the best of my knowledge, belief and understanding and state as follows:

### Historical Cause of Action

1. That the cause for filing this declaratory judgment action are the uncertainties as to the constitutionality and legality of the claim of liens recorded in the Mendocino

PETITIONER MICHAEL S. WHITE'S MOTION TO SHOW CAUSE OF MOTION TO VACATE VOID JUDGMENT OF JUDGE CONRAD L. COX
WHITE V. WHARFF, ET AL.
Case No. SCUK CVPT 97243

-1-

*EXHIBIT #2*

*Exhibit #3* - REPRODUCED

# COMPLAINT ABOUT A CALIFORNIA JUDGE, COURT COMMISSIONER OR REFEREE

*Confidential under California Constitution*
*Article VI, Section 18, and Commission Rule 102*

**Today's date:**

**Your name:**  Michael S. White, Plaintiff

**Your telephone number:**   707-744-1641

**Your address:**    P. O. Box 304

**Your attorney's name:** Michael S. White, Pro Se

**Your attorney's telephone number:**    707-744-1641

**Name of judge:**     Judge Conrad L. Cox and
**OR**    Cindee Mayfield, President Judge

**Name of court commissioner or referee:** Superior Court of Mendocino County,
Ukiah, CA 95482
**(If your complaint involves a court commissioner or referee, you must first submit your complaint to the local court.**
**If you have done so, please attach copies of your correspondence to and from that court.)**

**Court:** Superior Court of Mendocino County

**County:**    Mendocino County
**Name of case and case number:**
*White vs. Marsha A. Wharff, Assessor/County Clerk-Recorder- Defendant*
Case #SCUK CVPT 97243

**Please specify what action or behavior of the judge, court commissioner or referee is the basis of your complaint.**
**Provide relevant dates and the names of others present. (Use additional sheets if necessary.)**

1. On or about April 25, 2006, I, Michael S. White, Plaintiff filed a Declaratory Judge case against the county Clerk in regards to the treatment of a federal notice of federal tax lien in violation of *CA Civil Codes 700.010, 699.501-699.560* impacting

on my CA Constitutional Rights being *Article I, Sections 1, 13, 16, 17 and 28* as well as my rights under the *4th Amendment* of the United States Constitution. Subsequently the defendant enjoined the Internal Revenue Service and the Department of Justice and this was not expected and it should not have been performed due to lack of personal and subject matter jurisdiction rested with the State court in Mendocino County as the subject matter was the treatment of a notice being treated as a litigated lien without due process of law per the statutes indicated above.

2. On or about August and again in November 2006 a Motion to Remand to the Mendocino County was filed and the Plaintiff Michael S. White was <u>granted the motion to return</u> the illegally removed and requested case to the federal district.

3. The government's attorney, Ms. Cynthia Stier complained at the federal district hearing that she was going to merely file another case [without following the required procedures of CA Code of *Civil Procedure Sections 901-904* and she in fact did file another case and this case was accepted by the Superior Court without question or refusal. There are no CA provisions or statutes to allow anyone to avoid the required procedure of filing an appeal for a denied case baring fraud or judicial misconduct via filing a Motion to Vacate.

4. Upon the return to the federal district courts, Judge Phyllis Hamilton then allowed the case to be dismissed under the color of law per *28 USC 1441, 1442 and 1444* when <u>there were no conditions present that would allow such a ruling</u>. The government did not prove it had a legal basis other than claiming it had a basis and **<u>Judge Hamilton contradicted her first ruling without cause.</u>** There were no federal statutes involved, no federal employees sought for prosecution of money, property or prison time or fines and there are no assets the government could claim to protect - a notice of lien is not a lien without a court order or due process of law.

5. The main reason Judge Hamilton received the case again and ignoring the fact that the DOJ attorney did not follow the required rules of the court was because the local Judge Conrad L. Cox allowed the DOJ attorney to be heard without her filing an appeal, avoiding the required CA law of *Sections 901-904* and the President Judge Cindee Mayfield also allowed this illegal protocol and by allowing a disqualified judge being Mr. Conrad L. Cox to hear a case that he was not qualified to hear, judge or to have personal and subject matter jurisdiction.

6. Presently the President Judge Cindee Mayfield and Judge Conrad L. Cox are in violation of a number of issues that is now being brought before this Commission for consideration and they are as follows:

## Judge Conrad L. Cox

7. Judge Cox properly took his oaths of office January 22, 1998, December 9, 1996 and December 21, 1998.

8. His last term of service <u>ended December 2002.</u>

9. Upon the inquiry of the Plaintiff, Judge Cox, it was painfully discovered that he was in clear violation of also not having a bond as required by *Article 6, Section 16.* This meant that Judge Conrad L. Cox was disqualified since 2003 to 2006 to sit to hear and judge any case!!!

10. If the plaintiff did not perform this research he would not have concluded that Judge Conrad L. Cox should have been disqualified to allow the DOJ attorney to violate CA Civil Code Sections 901-904 and to rule in her favor - he was disqualified per *Rule 243.20(f).*

11. Judge Cox should have disqualified himself per *Sections 170.9(c)(1)* and that he knew that he was disqualified to hear a case 4 years pass his qualifications per *Sections 170.6(a)(1).*

12. Judge Cox should be removed if he is still sitting in the Mendocino County court and his decision should be vacated because it was illegal and he was not qualified to render a decision.

**<u>Judge Cindee Mayfield</u>,** President Judge - Mendocino County

Attached to this complaint is the Plaintiff's complete copy of the Motion to Vacate upon the discovery and right to file a fraudulent ruling of a disqualified judge. Upon the filing of this Motion <u>absolutely nothing has happened</u> and Judge Mayfield should be held responsible for condoning the vacating of an oath of office and violations of the Cannons she has sworn to uphold the CA Constitution and the United States Constitution. By allowing a citizen's efforts for due process to sit without consideration she is violating her oath of office, not showing any objectivity to the suffering of a citizen and allowing misconduct of the judges she is to supervise.

It is the opinion of the Plaintiff that a miscarriage of justice has been allowed to continue without financial hardship of a fraudulent document paraded as a litigated lien to cause loss of money, property, peace of mind and an outright invasion of privacy and an illegal act of seizure by the government and a disqualified judge.

We became aware of the Commission through researching the law of this state, efforts to seek relief and remedy led the Plaintiff to this Commission through the website posted. We are requesting action of this misconduct of Judges Cox and Mayfield and that it would be rendered as soon as possible because the government has been allowed to seizure the Plaintiff's assets without due process of law. Their actions allowed another federal judge to contradict herself in order to render another decision wrought with fraud and filled with only the color of law. Attached you will see the entire matter contained in the Plaintiff's Motion to Vacate filed some time ago without any action, consideration, without any word from the Mendocino Court and surely without objective consideration of Judge Mayfield.

Respectfully submitted,

_____

Michael S. White, Plaintiff, Victim and Witness
**END OF EXHIBIT #3**



# Judicial Council of California

### ADMINISTRATIVE OFFICE OF THE COURTS

#### APPELLATE AND TRIAL COURT JUDICIAL SERVICES DIVISION

455 Golden Gate Avenue · San Francisco, California 94102-3688
Telephone 415-865-4250 · Fax 415-865-4315 · TDD 415-865-4272

RONALD M. GEORGE
*Chief Justice of California*
*Chair of the Judicial Council*

WILLIAM C. VICKREY
*Administrative Director of the Courts*

RONALD G. OVERHOLT
*Chief Deputy Director*

MARCIA M. TAYLOR
*Director, Appellate and*
*Trial Court Judicial Services Division*

May 15, 2007

Mr. Michael S. White
P.O. Box 304
Hopland, California 95449

Dear Mr. White:

I am responding to your letter dated May 6, 2007, regarding Retired Judge Conrad L. Cox.

This office reviews complaints related to alleged judicial misconduct of retired judges sitting on assignment. However, it is important to note that we cannot address substantive issues of law such as legal rulings, outcomes of cases submitted to assigned judges, or other judicial decisions.

I can assure you that we take complaints seriously, and we have carefully reviewed the circumstances surrounding your allegations against Judge Cox. However, this office has no authority to comment on or change legal or procedural rulings, nor do we intervene in ongoing cases. Accordingly, we are closing our file in this matter.

In your letter, you stated that Judge Cox was "disqualified" to hear any case. The Chief Justice has the plenary power under the California Constitution (article VI, section 6) to determine the eligibility of judges for assignment and to assign them to the courts statewide. A retired judge in

EXHIBIT #4-1

May 15, 2007
Page 2

the Assigned Judges Program may be assigned to any court and has all the powers of the position
to which he or she is assigned.

Thank you for bringing your concerns to my attention.

Sincerely,

Marcia M. Taylor
Director, Appellate and Trial Court Judicial Services Division

EXHIBIT 4-2



State of California
Commission on Judicial Performance
455 Golden Gate Avenue, Suite 14400
San Francisco, CA  94102-3660
(415) 557-1200
FAX (415) 357-1266
Web Site: http://cjp.ca.gov

May 30, 2007

Micheal S. White
P.O. Box 304
Hopland, CA  95449

Dear Mr. White:

At its May meeting, the Commission on Judicial Performance determined not to
take further action with respect to your complaint dated April 30, 2007.

It was concluded that the actions of the judge which were the subject of your
letter provided an insufficient basis for commission proceedings.  Therefore, no further
action is justified based on the information you provided.

We do appreciate your time and effort in bringing this matter to the commission's
attention.

Very truly yours,

Donna M. Vargas
Staff Counsel

DMV:al/L0530white

Confidential under California Constitution,
Article VI, Section 18, and Commission Rule 102

EXHIBIT # 4-3

# The United States District Court
## Northern District of California

Michael S. White, Pro Se ) Jury trial requested &
P. O. Box 304 ) demanded
Hopland, CA 95449
(707) 744-1641 - Home
(707) 489-6596 - Bus. ) Civil Case - No. _____
        Plaintiff, )
        Vs. )
Judge Conrad L. Cox, an individual )
Judge Cindee Mayfield, an individual )
        Presiding Judge of the )
Superior Court of California )
County of Mendocino )
100 North State Street )
Ukiah, CA 95482-4416 )
        Defendants )

**C 07 3815 MEJ**

---

**PLAINTIFF'S FIRST PETITION AND COMPLAINT IN THE NATURE OF A
SUIT FOR DEPRIVATION OF FEDERALLY PROTECTED RIGHTS - 42 USC §
1983 / JURISDICTIONAL STATEMENT / VOIR DIRE OF THE COURT -
FAILURE TO HAVE CURRENT OATH OF OFFICE AND BOND PURSUANT
TO 5 USC § 3331 /
FEDERAL RULES OF EVIDENCE RULE 201
MANDATORY JUDICIAL NOTICE OF ADJUDICATIVE FACTS**

I. Here and now I, Michael S. White, do file this complaint in complete

opposition to this attempt to ignore rights guaranteed by *42 USC § 1983* whereas

collectively through Conrad L. Cox and with the assistance and failure to perform

MICHAEL S. WHITE PETITION AND COMPLAINT
FOR DEPRIVATION OF FEDERALLY PROTECTED RIGHTS

-1-

*EXHIBIT #5*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature
X                                    ☐ Agent
                                     ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

1. Article Addressed to:

Superior Court
of Mendocino Co.
100 N. State St.
Ukiah, CA.
        95482

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)
   7006 0810 0003 0657 3026

PS Form 3811, February 2004       Domestic Return Receipt

Ukiah, CA.
95449

Superior Court of Mendocino Co.
100 N. State Street
Ukiah, CA. 95482

Refused
8/1
8/20

7006 0810 0003 0657 3026

9/20
9/25
9/8

EXHIBIT #6

ORIGINAL
FILED

NOV 2 0 2007

UNITED STATES DISTRICT COURT    RICHARD W. WIEKING
NORTHERN DISTRICT OF CALIFORNIA    CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

### RELATED CASE ORDER

A Motion for Administrative Relief to Consider Whether Cases Should be Related or a *Sua Sponte* Judicial Referral for Purpose of Determining Relationship (Civil L.R. 3-12) has been filed. The time for filing an opposition or statement of support has passed. As the judge assigned to the earliest filed case below that bears my initials, I find that the more recently filed case(s) that I have initialed below are related to the case assigned to me, and such case(s) shall be reassigned to me. Any cases listed below that are not related to the case assigned to me are referred to the judge assigned to the next-earliest filed case for a related case determination.

| | |
|---|---|
| **C 06-04137 PJH** | **White v. United States of America et al**  *White White t ...* |
| **C 07-03815 NMC** | **White v. Cox et al** |

I find that the above case is related to the case assigned to me. **PJH**

### ORDER

Counsel are instructed that all future filings in any reassigned case are to bear the initials of the newly assigned judge immediately after the case number. Any case management conference in any reassigned case will be rescheduled by the Court. The parties shall adjust the dates for the conference, disclosures and report required by FRCivP 16 and 26 accordingly. Unless otherwise ordered, any dates for hearing noticed motions are vacated and must be re-noticed by the moving party before the newly assigned judge; any deadlines set by the ADR Local Rules remain in effect; and any deadlines established in a case management order continue to govern, except dates for appearance in court, which will be rescheduled by the newly assigned judge.

Dated: 11/20/07

_____

Judge Phyllis J. Hamilton

-1-

*EXHIBIT-7*

# UNITED STATES DISTRICT COURT

## FOR THE

### NORTHERN DISTRICT OF CALIFORNIA

MICHAEL S. WHITE,

           Plaintiff,

   v.

CONRAD L. COX et al,

           Defendant.

_____/

Case Number: CV07-03815 MMC

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 19, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Michael S. White
P.O. Box 304
Hopland, CA 95449

Dated: November 19, 2007

Richard W. Wieking, Clerk

*Tracy Lucero*

By: Tracy Lucero, Deputy Clerk

*EXHIBIT 8-1*



EXHIBIT #8-2

MICHAEL E. WHITE
P. O. BOX 304
HOPLAND, CA 95449

CERTIFIED MAIL

7006 3450 0002 0076 9527

9548294462 C001

JUDGE CINDEE MAYFIELD
SUPERIOR COURT OF CALIFORNIA
COUNTY OF MENDOCINO
100 N. STATE STREET
UKIAH, CA 95482

Refused

U.S. POSTAGE
$5.77

EXHIBIT #8-3

MICHAEL E. WHITE
P.O. Box 304
HOPLAND, CA 95449

CERTIFIED MAIL

7006 3450 0002 0076 1497

COUNTY OF MENDOCINO
100 N. STATE STREET
UKIAH, CA 95482

Refused
Return

Exhibit #8-4

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the foregoing has been made upon the following by depositing a copy via Certified Mail to:

1. Tom Blake, Deputy Attorney General, 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-3664.

The required copies of this complaint were delivered to The United States District Court, Northern District of California at 450 Golden Gate Ave., San Francisco, CA 94102.

Date : March 5, 2008

*Grace Schell*

Grace Schell